UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

__X__ Priority
__X__ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

CIVIL MINUTES - GENERAL

Case No.   SACV 99-754-GLT (ANx)         Date   2/9/00

Title   PEYMAN MOTTAHEDEH v. CITY OF TUSTIN, ET AL

====================================================================

PRESENT:

   HON.   GARY L. TAYLOR   , JUDGE

      Kathy Gault Peterson                not present
         Deputy Clerk                    Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
none present                              none present

**PROCEEDINGS:** CONTINUANCE OF ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION DATED SEPTEMBER 9, 1999

On its own motion, the Court hereby **ORDERS** Plaintiff to show cause in writing no later than _MARCH 6, 2000_ why this action should not be dismissed for lack of prosecution in light of the fact:

_XXX_   this Court has not received a responsive pleading from, or a proof of service for, the defendant; (Proofs of service must be filed, not simply attached as exhibits to a response)

_____   this Court has not received a responsive pleading from the defendant which was due on or about _____;

_____   defendant's default was taken on _____ and to date, no motion for default judgment has been filed.

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. F.R.Civ P. 4(m). The Court may, however, dismiss the action before the expiration of such time if Plaintiff has not diligently prosecuted the action.

It is the Plaintiff's responsibility to prosecute the action diligently, including filing proofs of service and any stipulation extending time to respond. If necessary, Plaintiff must also promptly pursue Rule 55 remedies upon the default of any defendant. All stipulations affecting the progress of the case must be approved by the Court (Local Rule 3.11).

This order to show cause will stand submitted upon filing of Plaintiff's response, unless oral argument is ordered by the Court.

MINUTES FORM 11                                 INITIALS OF DEPUTY CLERK _____
CIVIL - GEN                    D - M
                                                                  FEB 10 2000