UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

X Priority
X Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No. SA CV 99-754 GLT (ANx)                Date  March 15, 2000

Title  PEYMON MOTTAHEDEH v. CITY OF TUSTIN, et al.

DOCKET ENTRY:

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;
date _____

_____
Deputy Clerk

PRESENT:

HON. Gary L. Taylor JUDGE

Kathleen Gault-Peterson                        None Present
Deputy Clerk                                   Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS    ATTORNEYS PRESENT FOR DEFENDANTS

None Present                                   None Present

PROCEEDINGS:    DEFENDANT ELMORE'S MOTION TO DISMISS

[In Chambers]

Plaintiff does not oppose Defendant Elmore's Motion to Dismiss, but requests leave to amend. Elmore does not oppose the request for leave to amend. Elmore's Motion to Dismiss is GRANTED, and Plaintiff's request for leave to amend is GRANTED  The Complaint is dismissed with 20 days leave to amend

The March 20, 2000 hearing on this motion is taken off calendar.

G \DOCS\GLTALL\LC2\CIVIL\1999\99-0754 mtdmin        INITIALS OF DEPUTY CLERK _____

ENTERED ON ICMS  MAR 1 6 2000