# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - APPEALS

SEND

Case No. SA CV-99-754 GLT(ANx)

U.S.C.C.A. Case No.: 00-55225          Date: May 30, 2001

Title: PEYMON MOTTAHEDEH -v- CHERYL L. LEININGER, et. al.

PRESENT: THE HON.:          GARY L. TAYLOR          , JUDGE

Susan R. Seder                          Not present

Deputy Clerk                          Court Reporter

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| 1) | 1) |
| 2) | 2) |
| 3) | 3) |

PROCEEDINGS: FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS
☐ IN COURT          X IN CHAMBERS          ☐ COUNSEL NOTIFIED
(No hearing necessary)

THE COURT ORDERS that the mandate of the Ninth Circuit of Appeals:

X Affirming          ☐ Remanding          ☐ Reversing and Remanding

☐ Affirming in part, reversing in part          ☐ Dismissing Appeal

☐ The record reflects that costs of the prevailing party were taxed by Ninth Circuit Court of Appeals in the amount of :

$_____ on _____

☐ Other _____

is hereby filed and spread upon the minutes of this U.S. District Court.

☐ MAKE JS-5

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTER ON ICMS
MAY 31 2001

Initials of Deputy Clerk

CV - 48 (02/99)          CIVIL MINUTES - APPEALS