JUDGMENT
================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



NO. 00-55225
CT/AG#: CV-99-00754-GLT

PEYMON MOTTAHEDEH

    Plaintiff - Appellant

v.

CHERYL L. LEININGER; MARJORIE LAIRD CARTER; COUNTY OF ORANGE

    Defendants - Appellees


NO. 00-56128
CT/AG#: CV-99-00754-GLT

PEYMON MOTTAHEDEH

    Plaintiff - Appellant

v.

CHERYL L. LEININGER; MARJORIE LAIRD CARTER; COUNTY OF ORANGE

    Defendants

    and

CITY OF TUSTIN; ALEX KIILEHUA; S. LEWIS; R. WILCOX; JEFFREY
M. THOMAS; THOMAS R. SALTARELLI; MIKE DOYLE; JIM POTTS;
TRACY WILLS WORLEY; STEVEN FOSTER; J & R TOWING, INC.; RENE
UNKNOWN; ALEX UNKNOWN; SHERI UNKNOWN

    Defendants - Appellees



APPEAL FROM the United States District Court for the Central District of California (Santa Ana).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California (Santa Ana) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered: 04/18/01

```
A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
            MAY 10 2001
by: [signature]
            Deputy Clerk
```

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2001

CATHY A. CATTERSON, CLERK
U.S COURT OF APPEALS

| | |
|---|---|
| PEYMON MOTTAHEDEH, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CHERYL L. LEININGER; et al , <br><br> Defendants-Appellees. | Nos. 00-55225 <br> 00-56128 <br><br> D.C. No. CV-99-00754-GLT <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Central District of California
Gary L Taylor, District Judge, Presiding

Submitted April 9, 2001 **

Before:   CANBY, KOZINSKI, and RYMER, Circuit Judges

Peymon Mottahedeh appeals pro se the district court's dismissal of his 42

U.S.C. § 1983 action for failure to state a claim. We have jurisdiction under 28

U.S.C. § 1291. We review de novo a district court's Fed. R. Civ. P. 12(b)(6)

---

\*   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36-3.

\*\*   Because we unanimously find this case suitable for decision without oral argument, we deny Mottahedeh's request for oral argument  See Fed. R. App P. 34(a)(2).

dismissal, *Wyler Summit P'ship v Turner Broad. Sys.*, 135 F.3d 658, 661 (9th Cir. 1998), and affirm.

Because Commissioner Leininger's actions constituted "functions normally performed by a judge," judicial immunity bars appellant's contentions. *See Franceschi v. Schwartz*, 57 F.3d 828, 830 (9th Cir. 1995) (per curiam) Appellant failed to allege any facts to state a claim that the County of Orange violated 42 U.S.C. § 1983. Appellant waived his claim that Judge Carter was liable under the Racketeer Influenced and Corrupt Organizations Act because he conceded to the district court that Judge Carter's actions were proper and did not oppose her motion to dismiss to the district court. *See, e g., Mendoza v. Block*, 27 F.3d 1357, 1360 (9th Cir. 1994).

Because appellant alleged no facts indicating that statutory procedures were not followed or that a statute was improperly applied to him, the district court properly granted the remaining defendants' motion to dismiss for failure to state a claim upon which relief could be granted. *See Stone v Travelers Corp.*, 58 F.3d 434, 437 (9th Cir. 1995).

We deny appellees' request for judicial notice, filed February 22, 2001, as moot.

**AFFIRMED.**

2

A TRUE COPY
CATHY A CATTERSON
Clerk of Court
ATTEST
MAY 1 0 2001
by _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
00-55225 Mottahedeh v. Leininger, et al

| | |
|---|---|
| PEYMON MOTTAHEDEH<br>    Plaintiff - Appellant | Robert A. Sanregret, Esq.<br>714/731-1335<br>Suite 100<br>[COR LD NTC ret]<br>LAW OFFICES OF ROBERT A. SANREGRET<br>17621 Irvine Boulevard<br>Tustin, CA 92780<br><br>Peymon Mottahedeh<br>[COR LD NTC prs]<br>1062-C Walnut Street<br>Tustin, CA 92780 |

v.

| | |
|---|---|
| CHERYL L. LEININGER<br>    Defendant - Appellee | Norman J. Watkins, Esq.<br>Suite 101<br>[COR LD NTC ret]<br>LYNBERT & WATKINS<br>2020 East First Street<br>Santa Ana, CA 92705-4105 |
| MARJORIE LAIRD CARTER<br>    Defendant - Appellee | Norman J. Watkins, Esq.<br>(See above)<br>[COR LD NTC ret] |
| COUNTY OF ORANGE<br>    Defendant - Appellee | Norman J. Watkins, Esq.<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
00-56128 Mottahedeh v City of Tustin, et a, et al

PEYMON MOTTAHEDEH                      Peymon Mottahedeh
    Plaintiff - Appellant         [NTC prs]
                                   1062-C Walnut Street
                                   Tustin, CA 92780


  v.

CHERYL L. LEININGER                    Norman J Watkins, Esq.
    Defendant                      Suite 101
                                   [COR LD NTC ret]
                                   LYNBERT & WATKINS
                                   2020 East First Street
                                   Santa Ana, CA 92705-4105

MARJORIE LAIRD CARTER                  Norman J. Watkins, Esq.
    Defendant                      (See above)
                                   [COR LD NTC ret]

COUNTY OF ORANGE                       Norman J. Watkins, Esq.
    Defendant                      (See above)
                                   [COR LD NTC ret]

CITY OF TUSTIN                         Judy Ann Barnwell
    Defendant - Appellee           FAX 714/835-7787
                                   714/558-7000
                                   Suite 8000
                                   [COR LD NTC]
                                   Jason E. Resnick, Esq.
                                   FAX 714/835-7787
                                   714/558-7000
                                   Suite 8000
                                   [COR LD NTC ret]
                                   WOODRUFF, SPRADLIN & SMART
                                   701 South Parker Street
                                   Orange, CA 92868-4720

ALEX KIILEHUA                          Judy Ann Barnwell
    Defendant - Appellee           (See above)
                                   [COR LD NTC ret]
                                   Jason E. Resnick, Esq.
                                   (See above)
                                   [COR LD NTC ret]

S. LEWIS                               Judy Ann Barnwell
    Defendant - Appellee           (See above)
                                   [COR LD NTC]
                                   Jason E. Resnick, Esq.
                                   (See above)
                                   [COR LD NTC ret]

R. WILCOX                              Judy Ann Barnwell
    Defendant - Appellee           (See above)
                                   [COR LD NTC]

Docket as of April 9, 2001 11.14 pm                    Page 2    NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.
00-56128 Mottahedeh v. City of Tustin, et a, et al

|  |  |
|---|---|
|  | Jason E. Resnick, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JEFFREY M. THOMAS<br>    Defendant - Appellee | Judy Ann Barnwell<br>(See above)<br>[COR LD NTC]<br>Jason E. Resnick, Esq.<br>(See above)<br>[COR LD NTC ret] |
| THOMAS R. SALTARELLI<br>    Defendant - Appellee | Judy Ann Barnwell<br>(See above)<br>[COR LD NTC]<br>Jason E. Resnick, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MIKE DOYLE<br>    Defendant - Appellee | Judy Ann Barnwell<br>(See above)<br>[COR LD NTC]<br>Jason E. Resnick, Esq.<br>(See above)<br>[COR LD NTC ret] |
| TIM POTTS<br>    Defendant - Appellee | Judy Ann Barnwell<br>(See above)<br>[COR LD NTC]<br>Jason E. Resnick, Esq.<br>(See above)<br>[COR LD NTC ret] |
| TRACY WILLS WORLEY<br>    Defendant - Appellee | Judy Ann Barnwell<br>(See above)<br>[COR LD NTC]<br>Jason E. Resnick, Esq.<br>(See above)<br>[COR LD NTC ret] |
| STEVEN FOSTER<br>    Defendant - Appellee | Judy Ann Barnwell<br>(See above)<br>[COR LD NTC]<br>Jason E. Resnick, Esq.<br>(See above)<br>[COR LD NTC ret] |
| T & R TOWING, INC.<br>    Defendant - Appellee | No Appearance<br>No Address |
| RENE UNKNOWN<br>    Defendant - Appellee | No Appearance<br>(See above) |
| ALEX UNKNOWN<br>    Defendant - Appellee | No Appearance<br>(See above) |